**WEAGANT v. NEW YORK CENT. & H. R. R. CO.** (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by Minerva J. Weagant, as administratrix, against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals (from 134 N. Y. Supp. 1150), denied.

**WEAVER, Appellant, v. YOUNG et al., Respondents.** (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Oscar Weaver against John M. Young and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

**WEBER, Appellant, v. BALBACH, Respondent.** (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Action by Louise Weber against Wilhelmina F. Balbach, as administratrix, etc. No opinion. Judgment and order unanimously affirmed, with costs.

**WEIANT, Respondent, v. HAINES, Appellant.** (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Sallie V. Weiant against James E. Haines. F. B. Van Kleeck, Jr., for appellant. H. M. Haverbock, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**WEIL v. NAPOLEON CONST. CO.** (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Carrie Weil against the Napoleon Construction Company. No opinion. Motion granted, with $10 costs. Order filed.

**WEISL v. WELLER.** (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Leo B. Weisl against Dora Weller. No opinion. Application denied, with $10 costs. Order signed.

**WEISS v. WEISS.** (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Rudolph Weiss against Bernat Weiss. No opinion. Application granted. Order signed. See, also, 133 N. Y. Supp. 1021.

**WELTS, Appellant, v. ANDERSON, Respondent.** (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by Harry J. Welts against Joseph C. Anderson, as executor, etc.
PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 132 N. Y. Supp. 1150. Motion for leave to appeal to Court of Appeals denied, infra.
ROBSON, J., dissents.

**WELTS, Appellant, v. ANDERSON, Respondent.** (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Action by Harry J. Welts against Joseph C. Anderson, as executor, etc. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, supra.

**WERST, Respondent, v. MANN, Appellant.** (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by Magdalena Werst against Frank Mann, as Second Deputy Tenement House Commissioner of the city of New York. No opinion. Judgment affirmed, with costs.

**WERTHEIMER v. RUBINSTEIN.** (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Max Wertheimer against Morris Rubinstein. No opinion. Motion granted, with $10 costs. Order filed.

**WESSLAU, Respondent, v. LONG ISLAND R. CO., Appellant.** (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by George J. Wesslau against the Long Island Railroad Company. J. F. Keany, for appellant. D. B. Griffin, for respondent. No opinion. Judgment and order affirmed, with costs, on Morgan v. Woolverton, 136 App. Div. 351, 120 N. Y. Supp. 1008, affirmed 203 N. Y. 52, 96 N. E. 354, 36 L. R. A. (N. S.) 640. Order filed.

**WESTERN ELECTRIC CO., Respondent, v. HARRISON, Appellant.** (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by the Western Electric Company against William H. Harrison. W. H. Good, for appellant. F. R. Stoddard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**WESTON, Respondent, v. CITY OF BUFFALO, Appellant.** (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by Sophie C. Weston against the City of Buffalo. No opinion. Judgment and order affirmed, with costs.

**In re WEST 151ST ST.** (Supreme Court, Appellate Division, First Department. May 10, 1912.) In the matter of closing W. 151st Street. No opinion. Motion denied, with $10 costs. Order filed.

**WHITE, Respondent, v. NEW YORK MILITARY ACADEMY REALTY CO., Appellant.** (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Dennis White against the New York Military Academy Realty Company. No opinion. Judgment and order reversed, and new trial granted, costs to